UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kenneth Ron Jones,    Civ. No. 25-2028 (JWB/ECW)

    Petitioner,

v.    **ORDER ACCEPTING REPORT AND RECOMMENDATION**

T. Vaught,

    Respondent.

Kenneth Ron Jones, pro se Petitioner.

Adam J. Hoskins, Esq., and Ana H Voss, Esq., United States Attorney's Office, counsel for Respondent.

    United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on May 20, 2025. (Doc. No. 4.) No objections have been filed in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Upon review, no clear error is found.

    Based on the R&R of the Magistrate Judge, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    The May 20, 2025 Report and Recommendation (Doc. No. 4) is **ACCEPTED**; and

2. Petitioner Kenneth Ron Jones's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody (Doc. No. 1) is **DENIED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 11, 2025 

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge